# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| v. | § § | ACTION NO. 4:19-MC-30 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| JIMMY C. JOPLIN, | § § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #7) that Respondent Jimmy C. Joplin be required to fully comply with the summonses issued to him and to appear at the offices of the Internal Revenue Service as directed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Respondent Jimmy C. Joplin is hereby **ORDERED** to fully comply with the summonses issued to him and to appear on **July 23, 2019, at 1:00 p.m. at the offices of the Internal Revenue Service, 4050 Alpha Road, Eighth Floor, Farmers Branch, Texas 75244**, to meet with IRS Revenue Officer Stephanie Meents or her designated agent, and produce the records and testimony called for in the summonses.

Upon notification from Petitioner that Respondent has fully complied with this order, the case will be closed on the Court's docket.

**IT IS SO ORDERED**.

**SIGNED this 9th day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE